■ IRIC BURTON, Appellant, v ADRIENNE Y. PORTER, Respondent. [887 NYS2d 924]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered April 1, 2008 in a personal injury action. The order, among other things, denied plaintiff's motion for permission to proceed as a poor person pursuant to CPLR 1101.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.